FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 MAY 28 PM 3:03

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRUCE E. GREEN, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-049
)
CAROLYN W. COLVIN, )
Commissioner of Social )
Security, )
)
    Defendant. )
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 32), to which no objections have been filed. After a careful de novo review of the record, the Report and Recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's appeal is **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 28th day of May 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA